

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:16-CR-00148

UNITED STATES OF AMERICA,     PLAINTIFF

v.

ELIAS ESTEPHANE,     DEFENDANT

**Jury Verdict Form**

On Count One of the indictment, the violation of 7 U.S.C. § 2024(b), unauthorized use, transfer, acquisition, or possession of food stamps, as described in these instructions,

We, the jury, find the Defendant, Elias Estephane:

   ✓    GUILTY

_____ NOT GUILTY

_[Redacted]_ #34          11/9/17
Foreperson                               Date

On Count Two of the indictment, the violation of 18 U.S.C. § 1343, wire fraud, as described in these instructions,

We, the jury, find the Defendant, Elias Estephane:

_____ GUILTY

_____ NOT GUILTY

_____     _____
Foreperson                                         Date

On Count Three of the indictment, the violation of 18 U.S.C. § 1343, wire fraud, as described in these instructions,

We, the jury, find the Defendant, Elias Estephane:

_____ GUILTY

_____ NOT GUILTY

_____  _____
Foreperson                                                                          Date