UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:16CR-148-TBR

ELIAS ESTEPHANE                                                    DEFENDANT

## **ORDER**

This matter came before the court on the United States' Motion to Dismiss Wire Fraud Counts. The United States' Motion is GRANTED. Counts 2 and 3 of the Indictment are dismissed without prejudice.

cc: AUSA,Counsel
    US Probation- Louisville