UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-148-1-TBR                                      ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.

ELIAS ESTEPHANE                                                              DEFENDANT

## APPLICATION FOR WRIT OF EXECUTION

The United States of America, Plaintiff, makes application pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1), to the Clerk of the United States District Court to issue a Writ of Execution stating as follows:

The Defendant/Judgment Debtor, Elias Estephane whose last known address is Louisville, KY 40241, is indebted to the United States in the amount of $545,100.00, pursuant to the Defendant being sentenced on February 13, 2018, as a result of the Defendant's violations of federal criminal laws.  The sum of $25.00 has been credited to the judgment debt, leaving a total balance due in the amount of $545,075.00.

There is or may be property in which the debtor has possession, custody, or control, and in which the debtor has a substantial non-exempt interest which may be levied upon for payment of the above judgments described as follows:

**Property Location: FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299**

**Description of Property: $900 Cash (45 Twenty Dollar Bills)**

For the protection of the United States Marshal and in order to execute the Writ requested herein, it is necessary that the United States Marshal be allowed to enter the premised known as **FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299** in order to provide notice that the property described above is subject to a Writ of Execution and to levy on the property.

In order to preserve the integrity and value of the property, it is necessary for the United States Marshal to do an inventory of the property seized.

WHEREFORE, Plaintiff respectfully requests the Court to issue a Writ of Execution for the property described above, and direct the United States Marshal to enter the premises known as **FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299** in order to post said property as subject to a Writ of Execution, and levy on said property.

Dated:   August 23, 2018

                                           RUSSELL M. COLEMAN
                                           United States Attorney

                                           s/ Jessica R. C. Malloy
                                           Jessica R. C. Malloy
                                           Assistant United States Attorney
                                           717 West Broadway
                                           Louisville, KY 40202
                                           Phone No: (502) 779-2765
                                           Fax No: (502) 625-7110

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-148-1-TBR                                      ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.

ELIAS ESTEPHANE                                                                      DEFENDANT

**CLERK'S NOTICE OF POST-JUDGMENT EXECUTION
AND INSTRUCTIONS TO DEBTOR**

You are hereby notified that personal property belonging to the Defendant/Judgment Debtor's, specifically:

**Property Location: FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299**

**Description of Property: $900 Cash (45 Twenty Dollar Bills)**

is being taken by the United States of America which has a judgment in the above-styled action in the amount of $545,100.00 as a result of the Defendant's violations of federal criminal laws. A balance of $545,075.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the United States Government if defendant can show that the exemptions apply. For a summary of the major exemptions which apply in most situations, please refer to the attached

Exemptions Claim Form, which contains a statement summarizing the elections available and the types of property that may be exempted under 18 U.S.C. § 3613(a).

If you are Elias Estephane, you have a right to ask the court to return your property to you if you think the property the United States Government is taking qualifies under one of the exemptions or if you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing, and either mail it to or deliver it in person to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202. If you wish, you may use the attached Debtor's Request Regarding Execution and mail this request to the Clerk of the Court. You must also send a copy of your request to the United States Attorney's Office, 717 West Broadway, Louisville, KY 40202, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If your property has been taken pursuant to a Writ of Execution, if you do not request a hearing within 20 days of receiving this notice, your property may be liquidated and the payment used toward the money you owe the Government.

  If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside.  If you wish, you may use the attached Debtor's Request Regarding Execution and mail this request to the Clerk of the Court.  You must make your request in writing, and either mail it or deliver it in person to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202.  You must also send a copy of your request to the United States Attorney's Office, 717 West Broadway, Louisville, KY 40202 so the Government will know you want the proceeding to be transferred.

  Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____  _____
Date                   United States District Court
                        Vanessa L. Armstrong, Clerk


                        By: _____
                           Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-148-1-TBR                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.

ELIAS ESTEPHANE                                                             DEFENDANT

### DEBTOR'S REQUEST REGARDING EXECUTION

[ ]   **Request for Hearing:**  I request that the Court hold a hearing in this matter because:

    [ ]   The property that the United States is taking is exempt under an applicable exemption.  I have completed the Exemptions Claim Form and attached it hereto.

    [ ]   The United States has not complied with the following statutory requirement(s) for the issuance of post-judgment remedy granted by the Court:

        _____

        _____

    [ ]   If the judgment is by default, I do not owe the money which the United States says I owe.

[ ]   **Request for Transfer:**   I request that this proceeding be transferred to the district where I reside, which is the _____ District of _____ (name of state).  (Do not check this box if you reside in the Western District of Kentucky.

Date: _____          _____
                                Defendant's Signature

                                _____
                                Printed Name

                                _____
                                Address

                                _____
                                City

                                _____
                                State

                                _____
                                Zip Code

                                _____
                                Home Telephone

                                _____
                                Daytime Telephone

                                _____
                                Cell Phone

RETURN ORIGINAL OF THIS REQUEST TO:

United States District Court
Gene Snyder Courthouse
601 W. Broadway, 1st Floor
Louisville, KY 40202


SEND COPY OF THIS REQUEST TO:

Jessica R. C. Malloy
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202

# FEDERAL EXEMPTIONS CLAIM FORM

*EXPLANATION:   You may elect to exempt certain property from execution by the United States.  18 U.S.C. § 3613(a).  You may use the attached Exemptions Claim Form if you intend to claim any exemptions.*

*18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under § 6334(1), (2), (3), (4), (5), (6), (7), (8), (10), and (12) of the Internal Revenue Service Code.*

*If you choose to claim any of the following exemptions, please complete the attached Exemptions Claim Form.*

**1.  Wearing apparel and school books.**  Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family;

**2.  Fuel, provisions, furniture, and personal effects.**  So much of the fuel, provisions, furniture, and personal effects in the debtor's household, and of the arms for personal use, livestock, and poultry of the debtor's, as does not exceed $9,200 in value;

**3.  Books and tools of a trade, business, or profession.**  So many of the books and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,600 in value;

**4.  Unemployment benefits.**  Any amount payable to an individual with respect to his/her unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

**5.  Undelivered mail.**  Mail, addressed to any person, which has not been delivered to the addressee.

**6.  Certain annuity and pension payments.**  Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under chapter 73 of Title 10 of the United States Code.

**7.  Workmen's compensation.**  Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or of the Commonwealth of Puerto Rico.

**8. Judgments for support of minor children.** If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

**9. Certain service-connected disability payments.** Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under (A) subchapter II, III, IV, V or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38.

**10. Assistance under Job Training Partnership Act.** Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501 et seq.) from funds appropriated pursuant to such Act.

**11. Minimum exemptions for wages, salary and other income.** The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in federal; criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any work week which is subjected to garnishment may not exceed (1) 25% of his/her disposable earnings for that week, or (2) the amount by which his/her disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim regarding exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and accurate.

# EXEMPTIONS CLAIM FORM

Case Name:  United States vs. Elias Estephane
Court No. 3:16-CR-148-1-TBR

I claim the following exemptions:

| Exemption Number | Description of Property | Value of Property |
|---|---|---|
|  |  |  |

The statements made in this Exemptions Claim Form and fair market value of the property designated are made and declared under penalty of perjury that they are true and accurate.

_____
Defendant's Name – Printed or Typed

_____     _____
Defendant's Signature                                              Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-148-1-TBR             ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA             PLAINTIFF

vs.

ELIAS ESTEPHANE             DEFENDANT

**WRIT OF EXECUTION**

**TO:  THE UNITED STATES MARSHAL
      WESTERN DISTRICT OF KENTUCKY**

On February 13, 2018, the Defendant/Judgment Debtor was sentenced in the United States District Court, and ordered to pay the amount of $545,100.00. The Defendant's last known address is Louisville, KY 40241.

Computation of the debt is the judgment amount of $545,100.00; minus $25.00 credits applied to the judgment for a current debt balance of $545,075.00; plus any costs until paid in full.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and liquidating property in which the Defendant has a substantial nonexempt interest, and by executing upon the property described below:

**Property Location: FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299**

**Description of Property: $900 cash (45 Twenty Dollar Bills)**

In order to execute the Writ herein, the United States Marshal shall enter the premises described above in order to provide notice of the property subject to this Writ of Execution and to levy on the property.

The execution sale, if necessary, shall be conducted in a commercially reasonable manner pursuant to 28 U.S.C. § 3203(g) and the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 et seq.

YOU ARE ALSO COMMANDED to collect your costs and expenses and make return of this Writ within ninety (90) days after the date of issuance if levy is not made, or within ten (10) days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED to locate the property described above and located at **FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299** and levy on said personal property by taking possession of it.  Levy on personal property not easily taken into possession without great inconvenience or expense may be made by affixing a copy of the Writ and notice of levy on it or in a conspicuous place in the vicinity of it describing in the notice of levy the property by quantity and with sufficient detail to identify the property levied.

The United States Attorney's Office shall exercise reasonable diligence to serve the Defendant, Elias Estephane, with a copy of this Writ following service  by

the United States Marshals Service at **FBI, Evidence Room, 12401 Sycamore Station Place, Louisville, KY 40299**.

YOU ARE FURTHER COMMANDED to endorse, in the space provided below, the exact hour and date of receipt of this Writ of Execution. Make a written record of the levy, specify the property on which levy is made, the date on which levy is made, and your court costs, expenses, and fees.

YOU ARE FURTHER COMMANDED to make a written return to the Court on each Writ of Execution stating concisely what was done pursuant to the Writ, and deliver a copy thereof to the United States Attorney who has requested the Writ.

YOU ARE FURTHER COMMANDED that if sale of the property is required, the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgments, costs and interest, and that in the direction of the United States Marshal, a minimum bid may be specified in the sale of the property described above. Further, the United States Marshal is required to provide reasonable access to said property for purpose of inspection by those attending the sale of said property.

_____            _____
Date                                                                  United States District Court
                                                                              Vanessa L. Armstrong, Clerk


                                                                              By: _____
                                                                                    Deputy Clerk