USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 3:16CR-148-1-TBR |
| DEFENDANT: ELIAS ESTEPHANE | TYPE OF PROCESS: WRIT OF EXECUTION |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: DISHONA ROGERS THAT WORKS IN EVIDENCE ROOM AT FBI OFFICE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 12401 SYCAMORE STATION PLACE, LOUISVILLE, KY 40299

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

JESSICA R. C. MALLOY
ASSISTANT UNITED STATES ATTORNEY
717 WEST BROADWAY
LOUISVILLE, KENTUCKY 40202

FILED
VANESSA L. ARMSTRONG
OCT 11 2018
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please contact Dishona Rogers to arrange a date/time for service of Writ of Execution. I've already advised Dishona Writ is being issued to obtain cash they are holding as seized from Estephane prior to sentencing. Dishona's contact info: cell number (502) 836-2505; direct office number (502) 263-6067. The cash ($900) should be taken into possession and immediately delivered to the intake desk of the clerk's office in the Gene Snyder Courthouse. Please call me if you have any questions.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT — LEGAL ASSISTANT
TELEPHONE NUMBER: (502) 625-7077
DATE: 8/28/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 01
District of Origin: No. 33
District to Serve: No. 33
Date: 9/27/18

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 9/27/18  Time: 1000  [X] am

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $17.44 | | 82.44 | | $0.00 |

REMARKS: Executed on 9/27/18, cash delivered to Clerk's office. One Deputy, one hour, 32 miles @ .545 per mile.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00