UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELIAS ESTEPHANE                                  MOVANT/DEFENDANT

v.                           CRIMINAL ACTION NO. 3:16-CR-00148-TBR
                              CIVIL ACTION NO. 3:19-CV-00042-TBR
                                              *Electronically Filed*

UNITED STATES OF AMERICA                      RESPONDENT/PLAINTIFF

**MOTION FOR EXTENSION OF TIME**

    The United States of America, by counsel, moves the Court to grant the United States an extension of time, through June 11, 2019, to file its response to Elias Estephane's motion under 28 U.S.C. § 2255. (DN 76)

    As grounds for this motion, the undersigned counsel states that he has been absent from the office for the past two weeks, due to the illness and death of his mother.  The undersigned counsel discussed this with Mr. Estephane's counsel, J. Clark Baird, who indicated that he takes no position concerning the instant motion for extension of time.

                                       Respectfully submitted,

                                       s/L. Jay Gilbert
                                       L. Jay Gilbert
                                       Assistant United States Attorney
                                       717 West Broadway
                                       Louisville, KY  40202
                                       (502) 582-5911
                                       Jay.Gilbert@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to J. Clark Baird, counsel for Mr. Estephane.

                                    s/L. Jay Gilbert  
                                    L. Jay Gilbert  
                                    Assistant United States Attorney